UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

NICOLE WADE,

    Plaintiff,

v.                                         Civil Action No. 4:19cv63

WAL-MART STORES EAST, LP,
doing business as
WAL-MART SUPERCENTER # 1773,

    Defendant.

## NOTICE OF SETTLEMENT

Please take notice that this matter has been resolved by the parties and may be removed from the Court's docket. A dismissal order is being prepared by counsel and shall be submitted to the Court in due course.

| | |
|---|---|
| s/Gibson S. Wright | s/F. Alex Coletrane |
| Gibson S. Wright (VSB No. 84632) | Jason Messersmith (VSB No. 77075) |
| McCandlish Holton, P.C. | Patten, Wornom, Hatten & Diamonstein, L.C. |
| P.O. Box 796 | 12350 Jefferson Avenue, Suite 300 |
| Richmond, VA 23218 | Newport News, VA 23602 |
| (804) 775-3100 Telephone | (757) 223-4505 |
| (804) 775-3800 Facsimile | (757) 223-4518 Facsimile |
| Email: gwright@lawmh.com | Email: acoletrane@pwhd.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |