# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

**NICOLE WADE,**

    **Plaintiff,**

**v.**                                                    **Civil Action No. 4:19cv63**

**WAL-MART STORES EAST, LP,**
**doing business as**
**WAL-MART SUPERCENTER # 1773,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, NICOLE WADE AND WAL-MART STORES, EAST, LP, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this matter, with each party to bear their own attorneys' fees and costs. The Court will retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,                          Respectfully submitted,
**NICOLE WADE**                                   **WAL-MART STORES, EAST, LP**


/s/ F. Alex Coletrane_____            /s/ Gibson S. Wright_____
Jason E. Messersmith (VSB No. 77075)             Gibson S. Wright (VSB No. 84632)
F. Alex Coletrane (VSB No. 78381)                McCandlish Holton, P.C.
Patten, Wornom, Hatten & Diamonstein, L.C.       P.O. Box 796
12350 Jefferson Avenue, Suite 300                Richmond, VA 23218
Newport News, VA 23602                           Phone: (804) 775-3100
Phone: (757) 223-4505                            Fax: (804) 775-3800
Fax: (757) 223-4518                              Email: gwright@lawmh.com
Email: acoletrane@pwhd.com                       *Counsel for Defendant*
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ F. Alex Coletrane
Jason E. Messersmith (VSB No. 77075)
F. Alex Coletrane (VSB No. 78381)
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, VA 23602
Phone: (757) 223-4505
Fax: (757) 223-4518
Email: acoletrane@pwhd.com
*Counsel for Plaintiff*